CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 30 2007

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| LEONARD SMITH, | ) | |
| Plaintiff, | ) | Civil Action No. 7:07-cv-00392 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| C/O DOUGLAS GRIM, | ) | By: Samuel G. Wilson |
| Defendant. | ) | United States District Judge |

In accordance with the accompanying Memorandum Opinion entered on this day, it is hereby

**ORDERED**

that Smith's action is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A(b)(1).

The Clerk of the Court is directed to send a certified copy of this Order and the accompanying Memorandum Opinion to the plaintiff.

**ENTER:** This August 29, 2007.

_____
UNITED STATES DISTRICT JUDGE